■ SHIRLEY WILSON, Appellant, v SAWMILL WOODWORKING, INC., et al., Respondents, et al., Defendant. [734 NYS2d 902] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Westchester County (Bellantoni, J.), dated April 9, 2001, which denied her motion for leave to enter judgment against the defendants Sawmill Woodworking, Inc., and Ben-Stone Holding Corp., upon their default in appearing or answering, and granted the cross motion of those defendants for leave to serve a late answer.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the plaintiff's motion and granting the respondents' cross motion (*see, St. Charles Hosp. & Rehabilitation Ctr. v Royal Globe Ins. Co.,* 282 AD2d 593; *Trent v Bedford Stuyvesant Restoration Ctr.,* 277 AD2d 444). Santucci, J. P., Altman, Florio, H. Miller and Cozier, JJ., concur.

■ WOODBURY TRANSPORTATION, INC., Respondent, v ASSOCIATED BROKERAGE CENTER, INC., Appellant, et al., Defendant. [734 NYS2d 898] —In an action, *inter alia,* to recover damages for negligence in failing to add a vehicle to an insurance policy, the defendant, Associated Brokerage Center, Inc., appeals from an order of the Supreme Court, Nassau County (Winick, J.), dated May 8, 2001, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is reversed, on the law, with costs, the motion is granted, the complaint is dismissed insofar as asserted against the appellant, and the action against the remaining defendant is severed.

"It is axiomatic that liability for negligence will not attach absent proof that the negligence was the proximate cause of the harm sued upon" (*Resource Fin. v National Cas. Co.,* 219 AD2d 627, 628). The Supreme Court erred in denying the appellant's motion for summary judgment, since the plaintiff failed to demonstrate that its damages were proximately caused by any negligence on the part of the appellant. S. Miller, J. P., Friedmann, Adams and Cozier, JJ., concur.